UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KRISTEANIEN THREATT GREGORY )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>NANCY A. BERRYHILL, )<br>Commissioner of Social Security, )<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:16-CV-284-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 14, 2018, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act and is specifically awarded $6,512.28.

**This Judgment Filed and Entered on February 14, 2018, and Copies To:**

Pamela Marie Henry-Mays  (via CM/ECF Notice of Electronic Filing)
Kaba-Kabi A. Kazadi (via CM/ECF Notice of Electronic Filing)


February 14, 2018         PETER A. MOORE, JR., CLERK
                              /s/ Sandra K. Collins
                          (By) Sandra K. Collins, Deputy Clerk